COMISION NACIONAL DE PROPAGANDA Y DEFENSA DEL TA-
BACO HABANA, a commission created by Act of the Congress of
the Republic of Cuba, v. LEWIS KOPLIN.

31 So. (2nd) 928            June Term, 1947

September 12, 1947            Division A

Affirmed.

### MAXWELL ATES v. L. METZGER ALLEN

32 So. (2nd) 167            June Term, 1937

September 19, 1947            Division B

Affirmed.

### W. G. BURD v. MARTHA LEE BURD

31 So. (2nd) 928            June Term, 1947

September 19, 1947            Division B

*H. E. Oxford* and *Oxford & Oxford,* for appellant.

*Wm. C. Norvell,* for appellee.

PER CURIAM:

Affirmed.

On consideration of appellee's motion to require appellant to pay attorney of record for appellee for attorney's fee for defending this appeal in this court, it is ordered that appellant pay to the attorney for appellee $50.00 as compensation to said attorney for defending this appeal in this court.

THOMAS, C. J., BUFORD, ADAMS and BARNS, JJ., concur.

### THOMAS JACKSON v. STATE OF FLORIDA

32 So. (2nd) 168            June Term, 1947

September 19, 1947            Division B

Affirmed.

### T. G. MORLEY v. STATE OF FLORIDA

32 So. (2nd) 168            June Term, 1947

September 19, 1947            Division B

Rehearing denied October 25, 1947

Affirmed.